ACCEPTED
05-15-00038-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/17/2015 3:27:43 PM
LISA MATZ
CLERK



# Dallas County
## Public Defender's Office

*Notice of Substitution of Counsel*

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/17/2015 3:27:43 PM
LISA MATZ
Clerk

December 17, 2015

Lisa Matz, Clerk
Court of Appeals, 5th District
600 Commerce Street, Suite 200
Dallas, Texas 75202

Re:   *Benjamin Lee Chronister v. The State of Texas*
      Trial Court No.        MA14-20697-N
      Appellate Court No.    05-15-00038-CR

Dear Ms. Matz:

Please be advised that Kathleen Walsh will be retiring from the Dallas County Public Defender's Appellate Division, effective December 31, 2015.

Effective today, I am replacing Ms. Walsh as the attorney of record in the above case and cause number.

I would be appreciative if the attorney's names could be changed on your records and lists of notifications. Please let me know if you require any additional information. Thank you for your assistance in this matter.

Respectfully,

*/s/ Katherine A. Drew*
Katherine A. Drew
Assistant Public Defender
Chief, Appellate Division

cc:   Kathleen Walsh, Dallas County Public Defender's Appellate Division
      Lori Ordiway, Dallas County Criminal District Attorney's Office, Appellate Section

---

133 N. Riverfront Blvd., 9th Floor, LB 2 ✍ Dallas Texas 75207-4313 ✍ Phone: (214) 653-3550 ✍ Fax: (214) 653-3539 ✍